Kate Wells, Bar No. 107051
lioness@got.net
3393 Maplethorpe Avenue
Soquel, CA  95073
Telephone:   (813) 479-4475
Facsimile:    (813) 479-4476

Attorney for Plaintiff FRANCISCO IBARRA

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107
Telephone:    (415) 512-3000
Facsimile:     (415) 856-0306

Attorneys for Defendant CITY OF WATSONVILLE

*IT IS SO ORDERED*
*Judge Edward J. Davila*
9/17/2012

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>          Defendants. | Case No.  5:12-cv-02271-EJD<br><br>**STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff FRANCISCO IBARRA and

Defendant CITY OF WATSONVILLE that all defendants in this action have until October 26,

2012 to respond to the First Amended Complaint.  This extension of time does not impact any

Case No: 5:12-cv-02271-EJD             1
STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

hearing date or other deadline currently set in this action.

    IT IS SO STIPULATED.

Dated: _September 14, 2012          LIEBERT CASSIDY WHITMORE

By:   /S/
   Suzanne Solomon
Attorneys for Defendant CITY OF WATSONVILLE

Dated: _September 14, 2012

By:   /S/
   Kate Wells
Attorney for Plaintiff
FRANCISCO IBARRA

204728.1 WA100-018

Case No: 5:12-cv-02271-EJD    2
STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT