Kate Wells, Bar No. 107051
lioness@got.net
3393 Maplethorpe Avenue
Soquel, CA 95073
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Aaron Lodge, Bar No. 220670
alodge@teachjustice.com
1414 Soquel Avenue, Suite 222
Santa Cruz, CA 95062
Telephone: (831) 426-3030
Facsimile: (831) 350-6030

Attorneys for Plaintiff FRANCISCO IBARRA

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant
CITY OF WATSONVILLE

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
9/25/2012

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>        Defendants. | Case No. 5:12-cv-02271-EJD<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

WHEREAS, Defendant City of Watsonville's first notice of this action was when it was served with Plaintiff's First Amended Complaint on September 4, 2012; and

WHEREAS, the Court has approved the parties' stipulation that all defendants have until October 26, 2012 to respond to the First Amended Complaint; and

WHEREAS, the Initial Case Management Conference is scheduled for September 28, 2012; and

WHEREAS, the current deadline to file a Rule 26(f) report, complete initial disclosures and file a Case Management Conference statement is September 21, 2012; and

WHEREAS, the current Case Management Conference date and resulting deadlines flowing from that schedule would have the effect of requiring the parties to meet and confer before the Defendants have responded to the Complaint;

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the accompanying Declaration of Suzanne Solomon, between Plaintiff Francisco Ibarra and Defendant City of Watsonville, that the initial Case Management Conference be continued to February 22, 2013, and that the dates flowing from that conference be continued as follows:

| Date | Deadline |
|---|---|
| 2/1/2013 | Deadline to meet and confer re initial disclosures, ADR and discovery plan |
| 2/15/2013 | Deadline to file Rule 26(f) report, complete initial disclosures and file Case Management Conference statement. |

IT IS SO STIPULATED.

Dated: September 21, 2012          AARON LODGE


By: _____/S/_____
    Aaron Lodge
    Attorney for Plaintiff FRANCISCO IBARRA

- 2 -
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES
5:12-cv-02271-EJD

Dated: September 21, 2012                                   LIEBERT CASSIDY WHITMORE


By: _____/S/_____
    Suzanne Solomon
Attorneys for Defendant
CITY OF WATSONVILLE


PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

    1.    The Initial Case Management Conference is continued to **December 14, 2012 at 10:00 AM**

    2.    Parties must meet and confer re initial disclosures, ADR and discovery plan by **December 1, 2012** and

    3.    Parties must file a Rule 26(f) report, complete initial disclosures and file Case Management Conference statements on or before **December 7, 2012.**

Dated:  September 25, 2012                                   _____
    Edward J. Davila
    United States District Judge

205557.1 WA100-018

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107