```
1   KATE WELLS (SBN 107051)
    2600 Fresno Street
2   Santa Cruz, CA  95062
    Telephone:      (831) 479-4475
3   Facsimile:      (831) 479-4476
    Email:          lioness@got.net
4
    AARON LODGE (SBN 220670)
5   1414 Soquel Avenue, Suite 222
    Santa Cruz, California  95062
6   Telephone:      (831) 426-3030
    Facsimile:      (831) 350-6030
7   Email:          ALodge@teachjustice.com

8   Attorneys for plaintiff,
    FRANCISCO IBARRA
9
    Suzanne Solomon, Bar No. 169005
10  ssolomon@lcwlegal.com
    LIEBERT CASSIDY WHITMORE
11  A Professional Law Corporation
    153 Townsend Street, Suite 520
12  San Francisco, CA 94107
    Telephone: (415) 512-3000
13  Facsimile: (415) 856-0306
    Attorneys for Defendant
14  CITY OF WATSONVILLE

15
```

Kate Wells and Aaron Lodge, Attorneys for plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE, a municipal corporation; CITY OF WATSONVILLE POLICE DEPARTMENT; MANNY SOLANO, individually and as Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>    Defendants. | CASE #  5:12-cv-02271-EJD<br><br>**STIPULATION TO ALLOW ADDITIONAL TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, SET FOR HEARING ON FEB. 8, 2013.** |

WHEREAS, plaintiff's lead counsel, Kate Wells, has been involved in a jury trial (Norse case) during the past week, and up to the actual trial was completely immersed (as a solo attorney) in preparations for that trial, and was therefore not able to work on a response to this motion, and

WHEREAS, plaintiff's co-counsel, Aaron Lodge, has been involved in an extremely urgent personal medical crisis involving his immediate family, and has been in doctor's offices, medical facilities and hospitals most of the past ten days, and

WHEREAS, Plaintiff's attorney has contacted Defendant's attorney, Suzanne Solomon, and both sides are in agreement to extend the deadline, and

WHEREAS, an extension does not necessitate a change in the scheduled hearing date,

IT IS HEREBY STIPULATED that Plaintiff may respond to Defendant's current motion by December 10, 2012, with replies due one week later on December 17, 2012, and the hearing remaining unchanged, on February 8, 2013.

IT IS SO STIPULATED.

Dated: Nov. 7, 2012  _____/S/_____
AARON LODGE, Attorney for Plaintiff FRANK IBARRA

Dated: Nov. 8, 2012  _____
SUZANNE SOLOMON, Attorney for Defendant
City of Watsonville

PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

Plaintiff must respond to the current motion by December 10, 2012. Replies shall be due by December 17, 2012.

Dated: November 14, 2012  _____
Edward J. Davila
United States District Judge

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

-2-
STIPULATION TO CHANGE RESPONSE DEADLINE