KATE WELLS (SBN 107051)
2600 Fresno Street
Santa Cruz, CA  95062
Telephone:    (831) 479-4475
Facsimile:    (831) 479-4476
Email:        lioness@got.net

AARON LODGE (SBN 220670)
1414 Soquel Avenue, Suite 222
Santa Cruz, California  95062
Telephone:    (831) 426-3030
Facsimile:    (831) 350-6030
Email:        ALodge@teachjustice.com

Attorneys for plaintiff,
FRANCISCO IBARRA

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306
Attorneys for Defendant
CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE, a municipal corporation; CITY OF WATSONVILLE POLICE DEPARTMENT; MANNY SOLANO, individually and as Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>    Defendants. | CASE #  5:12-cv-02271-EJD<br><br>**STIPULATION TO ALLOW ADDITIONAL TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, SET FOR HEARING ON FEB. 8, 2013.** |

WHEREAS, plaintiff's lead counsel, Kate Wells, has been involved in a jury trial (<u>Norse</u> case) during the past week, and up to the actual trial was completely immersed (as a solo attorney) in preparations for that trial, and was therefore not able to work on a response to this motion, and

WHEREAS, plaintiff's co-counsel, Aaron Lodge, has been involved in an extremely urgent personal medical crisis involving his immediate family, and has been in doctor's offices, medical facilities and hospitals most of the past ten days, and

WHEREAS, Plaintiff's attorney has contacted Defendant's attorney, Suzanne Solomon, and both sides are in agreement to extend the deadline, and

WHEREAS, an extension does not necessitate a change in the scheduled hearing date,

IT IS HEREBY STIPULATED that Plaintiff may respond to Defendant's current motion by December 10, 2012, with replies due one week later on December 17, 2012, and the hearing remaining unchanged, on February 8, 2013.

IT IS SO STIPULATED.

Dated:   Nov. 7, 2012          _____/S/_____
                                AARON LODGE,  Attorney for Plaintiff FRANK IBARRA

Dated:   Nov. 8, 2012          _____
                                SUZANNE SOLOMON, Attorney for Defendant
                                City of Watsonville

PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

Plaintiff must respond to the current motion by December 10, 2012.  Replies shall be due by December 17, 2012.

Dated:  November 14, 2012          _____
                                    Edward J. Davila
                                    United States District Judge

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**