KATHLEEN WELLS (SBN 107051)
3393 Maplethorpe Lane
Soquel, CA 95073
Telephone: (831) 461-5073
Facsimile: (831) 479-4476
Email: lioness@got.net

AARON LODGE (SBN 220670)
1414 Soquel Avenue, Suite 222
Santa Cruz, California 95062
Telephone: (831) 426-3030
Facsimile: (415) 603-4300
Email: ALodge@teachjustice.com

Attorneys for plaintiff,
FRANK IBARRA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANK IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE, et al.<br><br>    Defendants. | CASE # C 12-02271 EJD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT BELCHER, EHLE & MEDINA & ASSOCIATES' MOTION TO DISMISS; [proposed] ORDER** |

The parties, by and through their undersigned counsel of record, hereby stipulate to continue the date for plaintiff to file his response to defendants' Motion to Dismiss in this case from November 26, 2012 to December 10, 2012, and for the filing of defendants' reply brief to December 17, 2012..

The reason for this stipulation is that plaintiff's lead counsel, Kathleen Wells, has been ill for the past two weeks and prior to that, she was in trial for two weeks in Judge Whyte's courtroom in the case of *Norse v. City of Santa Cruz*. The hearing on this motion is not until February 8, 2013, and the parties are not requesting a continuance of the hearing date. This court

1  previously granted the stipulation of counsel for the plaintiff and counsel for the City of
2  Watsonville, et al., to extend the time to file his response to their motion to dismiss to December
3  10, 2012, as well.  Both of said motions are set to be heard on February 8, 2013.

4  IT IS SO STIPULATED.

8  Dated: November 26, 2012            _____/s/_____
                                       KATHLEEN WELLS,
9                                      Attorney for Plaintiff FRANK IBARRA

11                                     ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

14  Dated: November 26, 2012   By:  _____/s/_____
                                       GEORGE KOVACEVICH
15                                     Attorney for Defendants, BELCHER, EHLE, &
                            .          MEDINA & ASSOC.

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

# ORDER

Pursuant to stipulation of the parties and good cause appearing therefor, it is hereby ordered that the date for plaintiff, Francisco Ibarra to file a response to defendants Belcher, Ehle & Medina & Associates' Motion to Dismiss is continued from November 26, 2012, to December 10, 2012, and the date for reply is continued to December 17, 2012.

Dated: 11/27/2012

_____
EDWARD J. DAVILA
United States District Court Judge

-3-
STIPULATION AND ORDER
*IBARRA V. CITY OF WATSONVILLE, ET AL.* CASE NO. C12-02271 EJD