Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107
Telephone:    (415) 512-3000
Facsimile:     (415) 856-0306

Attorneys for Defendant
CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>              Defendants. | Case No.  5:12-cv-02271-EJD<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

WHEREAS, the Court approved (with modification) the parties' stipulation to (1) continue the Initial Case Management Conference to December 14, 2012 and (2) the Court set a December 1, 2012 deadline for the parties to meet and confer regarding initial disclosures and a discovery plan and (3) Case Management Conference Statements are due December 7, 2012;

WHEREAS, Defendants City of Watsonville, Carlos Palacios, Manny Solano, and Terry Medina filed a Motion to Dismiss Plaintiff's First Amended Complaint on October 26, 2012, and received a hearing date of February 8, 2013, the first date available from the Court;

WHEREAS, Defendant Belcher, Ehle, Medina and Associates filed a Motion to Dismiss

Plaintiff's First Amended Complaint on November 9, 2012, and that motion is also set for hearing on February 8, 2013;

WHEREAS, the current Case Management Conference date and resulting deadlines flowing from that schedule would have the effect of requiring the parties to meet and confer before the pleadings are settled and while all Defendants have filed Motions to Dismiss that attack all causes of action in the First Amended Complaint;

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the accompanying Declaration of Suzanne Solomon, between Plaintiff Francisco Ibarra and Defendants City of Watsonville, Carlos Palacios, Manny Solano, Terry Medina and Belcher, Ehle, Medina and Associates that the initial Case Management Conference be continued to March 8, 2013, and that the dates flowing from that conference be continued as follows:

| | |
|---|---|
| 2/15/2013 | Deadline to meet and confer re initial disclosures, ADR and discovery plan |
| 3/1/2013 | Deadline to file Rule 26(f) report, complete initial disclosures and file Case Management Conference statement. |

IT IS SO STIPULATED.

Dated: December   , 2012                             AARON LODGE


By: _____/S/_____
    Aaron Lodge
Attorney for Plaintiff FRANCISCO IBARRA


Dated: December   , 2012                             LIEBERT CASSIDY WHITMORE


By: _____/S/_____
    Suzanne Solomon
Attorneys for Defendant
CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA

Dated: December 3, 2012

ATCHISON BARISONE CONDOTTI & KOVACEVICH

By: /s/ George Kovacevich
George Kovacevich
Attorneys for Defendant
BELCHER, EHLE, MEDINA AND ASSOCIATES

PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

1. The Initial Case Management Conference is continued to March 8, 2013;

2. Parties must meet and confer re initial disclosures, ADR and discovery plan by February 15, 2013; and

3. Parties must file a Rule 26(f) report, complete initial disclosures and file Case Management Conference statements on or before March 1, 2013.

Dated: December 4, 2012

Edward J. Davila
United States District Judge