Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone:   (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendants:
CITY OF WATSONVILLE; CARLOS PALACIOS,
MANNY SOLANO, and TERENCE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>　　　　　Defendants. | Case No. 5:12-cv-02271-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE** AS MODIFIED BY THE COURT<br><br>Courtroom: 4<br>Judge:　Hon. Edward J. Davila |

## STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of the parties named below wish to stay all proceedings in this action pending a final outcome in Plaintiff's Writ of Administrative Mandamus ("Writ"), filed in Santa Cruz County Superior Court, Case No. CISCV 173577.

Accordingly, Plaintiff FRANCISCO IBARRA ("Plaintiff") and Defendants CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERENCE MEDINA, and BELCHER, EHLE, MEDINA AND ASSOCIATES ("Defendants") by and through their

respective counsels (collectively referred to as "the parties") hereby STIPULATE and AGREE as follows:

WHEREAS Plaintiff filed a petition in Santa Cruz County Superior Court to obtain a Writ of Administrative Mandamus on March 16, 2012;

WHEREAS Plaintiff filed this action ("Civil Action") in United States District Court for the Northern District of California on May 4, 2012;

WHEREAS many of the same underlying facts and legal issues are presented in the Writ and the Civil Action;

WHEREAS Defendants filed a Motion to Dismiss the Civil Action on November 13, 2012 and the Court granted Defendants' Motion on February 15, 2013, allowing Plaintiff 30 days leave to amend;

WHEREAS a hearing on the Writ is set for March 27, 2013;

WHEREAS the parties acknowledge that the earliest date a decision can become final in the Writ is when the sixty day window to appeal any Superior Court decision on the Writ has expired, pursuant to Cal. Rules of Ct. 8.104;

WHEREAS the parties wish to stay all proceedings in this matter at the present time, including hearings, briefings, appearance, and any other deadlines imposed by law or the Court, pending a final decision being entered in the related Writ, which is economically and judicially efficient;

WHEREAS the parties further stipulate and agree that the extension requested herein is not requested for the purposes of delay and will not result in any prejudice to the parties or to the Court;

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel, and the Court is respectfully requested to order that:

1. This action is hereby stayed until such a date as a final decision on the Writ is entered. Counsel for Defendant City shall notify this Court and all parties in this action when a final decision on the Writ has been entered;

2. The deadline for Plaintiff to file his amended pleading in this Civil Action is

extended to 60 calendar days after the date on which final judgment is entered on the Writ;

3. All current deadlines in this Civil Action are vacated, and the Court will set a new Case Management Schedule when the stay ends.

**IT IS SO STIPULATED.**

Dated: February 23, 2013                    AARON LODGE

By: ___/S/_____
Aaron Lodge
Attorney for Plaintiff FRANCISCO IBARRA

Dated: February 23, 2013                    KATE WELLS

By: ___/S/_____
Kate Wells
Attorney for Plaintiff FRANCISCO IBARRA

Dated: February 23, 2013                    LIEBERT CASSIDY WHITMORE

By: ___/S/_____
Suzanne Solomon
Attorneys for Defendant
CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA

Dated: February 21, 2013

ATCHISON BARISONE CONDOTTI & KOVACEVICH

By: _____
George Kovacevich
Attorneys for Defendant
BELCHER, EHLE, MEDINA AND ASSOCIATES

- 4 -

STIPULATION AND [PROPOSED] ORDER TO STAY CASE
5:12-cv-02271-EJD

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, I hereby Order that:

1. This action is hereby stayed until such a date as a final decision is entered on the Writ of Administrative Mandamus, Santa Cruz County Superior Court Case No. CISCV 173577 or until April 30, 2013, whichever date occurs first. Counsel for Defendant City shall notify the court when a final decision on the Writ has been entered. This stay may be extended on the request of the parties should the circumstances so warrant;

2. The deadline for Plaintiff to file his amended pleading in this Civil Action is extended to 30 calendar days after the date on which final judgment is entered on the Writ;

3. All current deadlines in this Civil Action are vacated, and the Court will set a new Case Management Schedule when the stay ends.

The court schedules this case for a Case Management Conference on June 7, 2013, at 10:00 a.m. The parties shall file a Joint Case Management Statement on or before May 31, 2013.

Dated: February 26, 2013

Hon. Edward J. Davila
United States District Judge