Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants:
CITY OF WATSONVILLE; CARLOS PALACIOS,
MANNY SOLANO, and TERENCE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES,<br><br>    Defendants. | Case No. 5:12-cv-02271-EJD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |

IT IS HEREBY STIPULATED, by and between Plaintiff FRANCISCO IBARRA and Defendants CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA, and BELCHER, EHLE, MEDINA AND ASSOCIATES that all claims asserted by Plaintiff FRANCISCO IBARRA in this action against Defendants CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA, and BELCHER, EHLE, MEDINA AND ASSOCIATES are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

234059.1 WA100-018

- 1 -

Each party shall bear its/her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: 9/24, 2013

AARON LODGE

By: /s/ Aaron Lodge
Aaron Lodge
Attorney for Plaintiff FRANCISCO IBARRA

Dated: 9/17, 2013

KATE WELLS

By: /s/ Kate Wells
Kate Wells
Attorney for Plaintiff FRANCISCO IBARRA

Dated: 9/22/13, 2013

FRANCISCO IBARRA

By: /s/ Francisco Ibarra
Francisco Ibarra
Plaintiff

Dated: _____, 2013

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA

Dated: _____, 2013

CITY OF WATSONVILLE

By: _____

Defendant

Dated: _____, 2013

CARLOS PALACIOS

By: _____
Carlos Palacios
Defendant

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Each party shall bear its/her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: _____, 2013

AARON LODGE

By: _____
Aaron Lodge
Attorney for Plaintiff FRANCISCO IBARRA

Dated: _____, 2013

KATE WELLS

By: _____
Kate Wells
Attorney for Plaintiff FRANCISCO IBARRA

Dated: _____, 2013

FRANCISCO IBARRA

By: _____
Francisco Ibarra
Plaintiff

Dated: 9-26, 2013

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA

Dated: 9-24, 2013

CITY OF WATSONVILLE

By: _____

Defendant

Dated: 9-24, 2013

CARLOS PALACIOS

By: _____
Carlos Palacios
Defendant

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

1 | Dated: 9-24, 2013

MANNY SOLANO

2 | By: /s/ Manny Solano
3 | Manny Solano
Defendant

4 | Dated: 9-24, 2013

TERRY MEDINA

5 | By: /s/ Terry Medina
6 | Terry Medina
Defendant

7

8 | Dated: _____, 2013

ATCHISON BARISONE CONDOTTI & KOVACEVICH

9

10

11 | By: _____
George Kovacevich
Attorneys for Defendant
BELCHER, EHLE, MEDINA AND ASSOCIATES

12

13

14 | Dated: _____, 2013

BELCHER, EHLE, MEDINA AND ASSOCIATES

15

16 | By: _____

17 | Defendant

IT IS SO ORDERED.

18 | Dated: _____

19

_____
Hon. Edward J. Davila
United States District Judge

20–28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

| | |
|---|---|
| Dated: _____, 2013 | MANNY SOLANO<br><br>By: _____<br>   Manny Solano<br>Defendant |
| Dated: _____, 2013 | TERRY MEDINA<br><br>By: _____<br>   Terry Medina<br>Defendant |
| Dated: 9-26, 2013 | ATCHISON BARISONE CONDOTTI & KOVACEVICH<br><br>By: /s/ George Kovacevich<br>   George Kovacevich<br>Attorneys for Defendant<br>BELCHER, EHLE, MEDINA AND ASSOCIATES |
| Dated: 9-26, 2013 | BELCHER, EHLE, MEDINA AND ASSOCIATES<br><br>By: /s/ Steven L. Belcher, CEO<br>Defendant |

**IT IS SO ORDERED.** The Clerk shall close this file.

Dated: 10/1/2013

/s/ Edward J. Davila
Hon. Edward J. Davila
United States District Judge