Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants:
CITY OF WATSONVILLE; CARLOS PALACIOS,
MANNY SOLANO, and TERENCE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO IBARRA, | Case No. 5:12-cv-02271-EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Courtroom: 4 |
| CITY OF WATSONVILLE; CARLOS PALACIOS, individually and as City Manager; MANNY SOLANO, individually and as Asst. Chief and/or Chief of Police; TERENCE MEDINA, individually and as former Chief of Police; BELCHER, EHLE, MEDINA and ASSOCIATES; TWENTY UNKNOWN CITY AND OTHER EMPLOYEES, | Judge:    Hon. Edward J. Davila |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff FRANCISCO IBARRA and Defendants CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA, and BELCHER, EHLE, MEDINA AND ASSOCIATES that all claims asserted by Plaintiff FRANCISCO IBARRA in this action against Defendants CITY OF WATSONVILLE, CARLOS PALACIOS, MANNY SOLANO, TERRY MEDINA, and BELCHER, EHLE, MEDINA AND ASSOCIATES are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

1  Each party shall bear its/her own costs and attorney's fees.

2  **IT IS SO STIPULATED.**

3  Dated: 9/14, 2013

4  AARON LODGE

5  By: _____
   Aaron Lodge

6  Attorney for Plaintiff FRANCISCO IBARRA

7  Dated: 9/17, 2013

8  KATE WELLS

   By: _____
   Kate Wells

9  Attorney for Plaintiff FRANCISCO IBARRA

10  Dated: 9/22/13, 2013

11  FRANCISCO IBARRA

12  By: _____
    Francisco Ibarra

13  Plaintiff

14  Dated: _____, 2013

   LIEBERT CASSIDY WHITMORE

15

16  By: _____
    Suzanne Solomon

17  Attorneys for Defendants
    CITY OF WATSONVILLE, CARLOS

18  PALACIOS, MANNY SOLANO, TERRY
    MEDINA

19

20  Dated: _____, 2013

    CITY OF WATSONVILLE

21  By: _____

22  Defendant

23  Dated: _____, 2013

    CARLOS PALACIOS

24

25  By: _____
    Carlos Palacios

    Defendant

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

234059.1 WA100-018

- 2 -

Each party shall bear its/her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: _____, 2013           AARON LODGE

                                  By: _____
                                      Aaron Lodge
                                  Attorney for Plaintiff FRANCISCO IBARRA

Dated: _____, 2013           KATE WELLS

                                  By: _____
                                      Kate Wells
                                  Attorney for Plaintiff FRANCISCO IBARRA

Dated: _____, 2013           FRANCISCO IBARRA

                                  By: _____
                                      Francisco Ibarra
                                  Plaintiff

Dated: 9-26, 2013                 LIEBERT CASSIDY WHITMORE

                                  By: /s/ Suzanne Solomon
                                      Suzanne Solomon
                                  Attorneys for Defendants
                                  CITY OF WATSONVILLE, CARLOS
                                  PALACIOS, MANNY SOLANO, TERRY
                                  MEDINA

Dated: 9-24, 2013                 CITY OF WATSONVILLE

                                  By: _____
                                  Defendant

Dated: 9-24, 2013                 CARLOS PALACIOS

                                  By: _____
                                      Carlos Palacios
                                  Defendant

```
 1  Dated: 9-24, 2013            MANNY SOLANO
 2                               By: /s/ Manny Solano
 3                                   Manny Solano
                                     Defendant
 4  Dated: 9-24, 2013            TERRY MEDINA
 5                               By: /s/ Terry Medina
 6                                   Terry Medina
                                     Defendant
 7
 8  Dated: _____, 2013         ATCHISON BARISONE CONDOTTI &
                                 KOVACEVICH
 9
10                               By: _____
11                                   George Kovacevich
                                     Attorneys for Defendant
12                               BELCHER, EHLE, MEDINA AND
                                 ASSOCIATES
13
14  Dated: _____, 2013         BELCHER, EHLE, MEDINA AND
                                 ASSOCIATES
15
                                 By: _____
16
                                 Defendant
17
    IT IS SO ORDERED.
18
        Dated: _____
19
                                 _____
20                               Hon. Edward J. Davila
                                 United States District Judge
21
```

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

234059.1 WA100-018

- 3 -

STIPULATION FOR DISMISSAL WITH PREJUDICE
5:12-cv-02271-EJD

Dated: _____, 2013          MANNY SOLANO

                                By: _____
                                    Manny Solano
                                    Defendant

Dated: _____, 2013          TERRY MEDINA

                                By: _____
                                    Terry Medina
                                    Defendant

Dated: 9-26, 2013               ATCHISON BARISONE CONDOTTI &
                                KOVACEVICH

                                By: _____
                                    George Kovacevich
                                    Attorneys for Defendant
                                    BELCHER, EHLE, MEDINA AND
                                    ASSOCIATES

Dated: 9-26, 2013               BELCHER, EHLE, MEDINA AND
                                ASSOCIATES

                                By: _____
                                    Defendant

**IT IS SO ORDERED.** The Clerk shall close this file.

Dated: 10/1/2013                _____
                                Hon. Edward J. Davila
                                United States District Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107